AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Dorothy Burchfield, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br>v.<br>Corel Corporation, a Canadian company, Corel, Inc., a Delaware corporation, and WinZip Computing, S.L., a Spanish company,<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. CV13-02025 HRL<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Corel Corporation (1600 Carling Avenue, Ottawa, Ontario K1Z 8R7, Canada), Corel, Inc. (385 Ravendale Drive, Mountain View, California 94043), and WinZip Computing, S.L. (11 Professional Park Road, Mansfield, Connecticut, 06268).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sean P. Reis
The Reis Law Firm, A.P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

Date: MAY 0 2 2013

*Gordana Macic*

*Signature of Clerk or Deputy Clerk*



Civil Action No. CV13-02025 HRL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Corel, Inc.
was received by me on *(date)* 05/06/2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Melanie McGrath, Managing Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Corel, Inc. at Corporation Trust Co., Registered Agent on *(date)* 05/06/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05/07/2013

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810 (302) 429-0657
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 5/06/2013 at 2:30 PM, at Corporation Trust Co., 1209 Orange St., Wilmington, DE 19801

Documents Served: Summons in a Civil Action; Complaint; Plaintiff's Motion for Class Certification; Declaration of Benjamin H. Richman in Support of Plaintiff's Motion for Class Certification; and Order Setting Initial Case Management Conference and ADR Deadlines