AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
#### for the

Northern District of California

Dorothy Burchfield, individually and on behalf of all
others similarly situated,

_Plaintiff_

v.

Corel Corporation, a Canadian company, Corel, Inc., a
Delaware corporation, and WinZip Computing, S.L., a
Spanish company,

_Defendant_

Civil Action No.

**CV13-02025  HRL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Corel Corporation (1600 Carling Avenue, Ottawa, Ontario K1Z 8R7, Canada),
Corel, Inc. (385 Ravendale Drive, Mountain View, California 94043), and WinZip
Computing, S.L. (11 Professional Park Road, Mansfield, Connecticut, 06268).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Sean P. Reis
The Reis Law Firm, A.P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

RICHARD W. WIEKING

_CLERK OF COURT_

**Gordana Macic**

Date: MAY 0 2 2013

_Signature of Clerk or Deputy Clerk_





*149350*

**AFFIDAVIT OF SERVICE**

Index no : **CV13-02025 HRL**

**Dorothy Burchfield, individually and on behalf of all others similarly situated**

Plaintiff(s),

vs.

**Corel Corporation, a Canadian company, et al**

Defendant(s).

_____/

**STATE OF CONNECTICUT**

ss: East Hartford

**HARTFORD COUNTY**

**Michele VonEisengrein**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **05/06/2013 at 2:52 PM**, I served the within **Summons In A Civil Action and Complaint For: 1. Violatons of California Unfair Competition Law, Cal.Bus & Prof. Code 17200 et seq, 2. Frauduelent Inducement, 3. Breach of Contract and 4. Breach of the Implied Covenant of Good Faith and Fair Dealing Demand for Jury Trial Class Action; Plaintiff;s Motion For Class Certification with Exhibit A; Exhibit 1; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order For All Judges of The Northern District of California; Standing Order Re; Civil Discovery Disputes; Standing Order Re; Initial Case Management; Standing Order Re: Settlement Conference Procedures; Standing Order Regarding Case Management Civil Cases; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California on WinZip Computing, S.L.** at **11 Professional Park Road, Storrs Mansfield, CT 06268** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Bill Glenister, Tech Support Lead** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **WinZip Computing, S.L.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Gray | 60 | 5'9" | 170 |
| Other Features: **Glasses** | | | | | |

Sworn to and subscribed before me on
May 07, 2013
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: **8/31/2014**

x_____
Michele VonEisengrein
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford,CT 06108
888.528.2920
Atty File#: