SEAN P. REIS (SBN 184044)
sreis@reisfirm.com
THE REIS LAW FIRM, A.P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (714) 352-5200
Facsimile: (714) 352-5201

RAFEY S. BALABANIAN (*Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (*Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (*Pro Hac Vice*)
cgivens@edelson.com
DAVID I. MINDELL (*Pro Hac Vice*)
dmindell@edelson.com
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DOROTHY BURCHFIELD, individually and on behalf of all others similarly situated, | Case No. 5:13-cv-02025-LHK |
| *Plaintiff*, | **STIPULATED REQUEST FOR EXTENSION OF THE DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT; [PROPOSED] ORDER** |
| *v.* | |
| COREL CORPORATION, a Canadian company, COREL, INC., a Delaware corporation, and WINZIP COMPUTING, S.L., a Spanish company, | Action Filed: May 2, 2013 |
| | Judge: Honorable Lucy H. Koh |
| *Defendants*. | |

Plaintiff Dorothy Burchfield ("Plaintiff") and Defendants Corel Corporation ("Corel Corp."), Corel, Inc. ("Corel, Inc."), and WinZip Computing, S.L. ("WinZip") (collectively, "Defendants" or "Corel"), by and through their undersigned counsel, and pursuant to L.R. 6-2, hereby stipulate and agree, subject to Court approval, to extend the deadline for Plaintiff to file her first amended class action complaint from September 6, 2013 through and including September 11, 2013. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on May 2, 2013, Plaintiff filed her putative class action complaint against Defendants (Dkt. 1);

WHEREAS, on August 16, 2013, Defendants filed their motion to dismiss Plaintiff's complaint (Dkt. 29);

WHEREAS, in lieu of responding to Defendants' motion to dismiss, Plaintiff intends to file a first amended class action complaint as a right pursuant to Fed. R. Civ. P. 15(a)(1). (*See* Declaration of Benjamin H. Richman, attached hereto as Exhibit 1 ["Richman Decl."], at ¶ 3.) The current deadline for Plaintiff to file her amended complaint pursuant to Fed. R. Civ. P. 15(a)(1) is September 6, 2013—21 days after service of Defendants' motion to dismiss (*Id*.);

WHEREAS, the Parties have conferred and agreed, subject to Court approval, to extend Plaintiff's deadline to file her first amended complaint through and including September 11, 2013 to allow Plaintiff additional time to confer with her counsel and finalize the amended pleading (*Id*. at ¶ 4);

WHEREAS, the requested extension is not brought for purposes of delay and such an extension will not alter any hearing dates (*Id*. at ¶ 5);

WHEREAS, the Parties have not previously stipulated to extend the deadline for Plaintiff to file an amended pleading;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. The deadline for Plaintiff to file her first amended class action complaint is hereby continued from September 6, 2013 through and including September 11, 2013.

IT IS SO STIPULATED.

|   |   |
|---|---|
| Dated: September 6, 2013 | **DOROTHY BURCHFIELD**, individually and on behalf of all others similarly situated, |
|   | By: /s/ Benjamin H. Richman |
|   |       One of Plaintiff's Attorneys |

SEAN P. REIS (SBN 184044)
sreis@reisfirm.com
THE REIS LAW FIRM, A.P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (714) 352-5200
Facsimile: (714) 352-5201

RAFEY S. BALABANIAN (*Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (*Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (*Pro Hac Vice*)
cgivens@edelson.com
DAVID I. MINDELL (*Pro Hac Vice*)
dmindell@edelson.com
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

|   |   |
|---|---|
|   | **COREL CORPORATION**, **COREL, INC.**, and **WINZIP COMPUTING, S.L.**, |
| Dated: September 6, 2013 | By: /s/ Christopher D. Vieira |
|   |       One of Defendants' Attorneys |

ANDRA B. GREENE
agreene@irell.com
CHRISTOPHER D. VIEIRA
cvieira@irell.com
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)**

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing *Stipulated Request for Extension of the Deadline for Plaintiff to File an Amended Complaint; [Proposed] Order*, and that the above-referenced signatory to this stipulation has concurred in this filing.

/s/ Benjamin H. Richman

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

The deadline for Plaintiff to file her first amended class action complaint is continued from September 6, 2013 through and including September 11, 2013.

ENTERED: _____

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE